JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST ANTHONY FORD,<br><br>               Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>               Respondent(s). | Case No. CV 16-6306-BRO (KK)<br><br>JUDGMENT |

    Pursuant to the Order Granting Request for Voluntary Dismissal,

    IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

DATED: September 20, 2016

                                    HON. BEVERLY REID O'CONNELL
                                    United States District Judge

Presented by:

_____
KENLY KIYA KATO
United States Magistrate Judge